Edward M. KELSO, Jr., Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 04–3368.

United States Court of Appeals,
Federal Circuit.

Aug. 12, 2004.

Stephen Ferrarone, Principal Attorney, Amherst, MA, for Petitioner.

Sara B. Rearden, Principal Attorney, Merit Systems Protection Board, Washington, DC, for Respondent.

*ORDER*

Order Vacated, See 112 Fed.Appx. 17.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Philip R. DUNN, Petitioner,

v.

DEPARTMENT OF THE AIR
FORCE, Respondent.

No. 04–3367.

United States Court of Appeals,
Federal Circuit.

Aug. 12, 2004.

Hillary A. Stern, Principal Attorney, David M. Cohen, Deborah A. Bynum, of Counsel, Washington, DC, for Respondent.

David J. Holdsworth, Principal Attorney, Sandy, UT, Philip R. Dunn, of Counsel, South, Roy, UT, for Petitioner.

ORDER

Order Vacated, See 112 Fed.Appx. 16.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.